

# BRITISH COLUMBIA

10,700-20/Oregon/USA

File Number 2023-128

May 8, 2023

Ms. L. Celeste Ingalls
Crowe Foreign Services
733 SW Vista Avenue
Portland Oregon 97205
USA

Dear Ms. L. Celeste Ingalls:

Re: Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters -
**Wondershare Global Limited (agent, officer or authorized representative),**
**200 - 4445 Lougheed Hwy., Burnaby, BC  V5C 0E4  Canada**

The above-referenced documents have been served upon **Wondershare Global Limited (agent, officer or authorized representative),** as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters.

The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $100.00.

Thank you.

Yours truly,

Central Authority Administrator

Enclosures

Page 1 of 1

| | | | |
|---|---|---|---|
| **Ministry of Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7<br><br>Telephone:  (250) 387-0724 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5<br><br>Facsimile: N/A |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

[✓] 1. that the document has been served*
que la demande a été exécutée*

| | |
|---|---|
| – the (date) / le (date): | May 2nd, 2023 |
| – at (place, street, number):<br>à (localité, rue, numéro) : | 200 - 4445 Lougheed Highway, Burnaby, BC, Canada |

– in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

[ ] a) in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*
selon les formes légales (article 5, alinéa premier, lettre a))*

[✓] b) in accordance with the following particular method*: Personal Service
selon la forme particulière suivante* :

[ ] c) by delivery to the addressee, if he accepts it voluntarily*
par remise simple*

The documents referred to in the request have been delivered to:
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| Identity and description of person:<br>Identité et qualité de la personne : | LIU, Tongzhou; DOB: 1987-May-21; Asian male, identified via BCDL 0290930; approx. 70KG, 183CM, brown eyes, black hair. |
| Relationship to the addressee (family, business or other):<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Manager of Wondershare Global Limited. |

[ ] 2. that the document has not been served, by reason of the following facts*:
que la demande n'a pas été exécutée, en raison des faits suivants*:

[ ] In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| | |
|---|---|
| Documents returned:<br>Pièces renvoyées : | |
| In appropriate cases, documents establishing the service:<br>Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| | |
|---|---|
| Done at / Fait à<br>Vancouver, BC, CANADA<br>The / le<br>2nd of May, 2023 | Signature and/or stamp<br>Signature et / ou cachet<br><br>VA<br><br>BRITISH COLUMBIA<br>SHERIFF SERVICE<br><br>Vahid Abolhassani<br>Deputy Sheriff \| PIN 2204<br>Integrated Warrant and Document Unit<br>99 - 800 Hornby Street<br>Vancouver, BC V6Z 2C5<br>Ph: 604 786 0872<br>Fax: 604 660-7050 |

# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| L. Celeste Ingalls | Central Authority Administrator |
| Crowe Foreign Services | Service for Hague Convention |
| 733 SW Vista Avenue | Ministry of Justice/ Order in Council |
| Portland, Oregon 97205 | 1001 Douglas Street |
| USA | Victoria, British Columbia |
| Email: Lci@foreignservices.com | Canada V8W 2C5 |
| | T (250) 387-4376 F (250) 387-4349 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Wondershare Global Limited
200-4445 Lougheed Hwy, Burnaby, BC Canada, V5C 0E4

| | | |
|---|---|---|
| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** |
| | | selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** |
| | | selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** |
| | | le cas échéant, par remise simple (article 5, alinéa 2)\* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents / Énumération des pièces*

- Hague "Summary" with Warning Page
- Summons in a Civil Action
- Complaint for Federal Trademark Infringement
- Civil Cover Sheet
- Notice to Counsel
- Statement of Consent to Proceed Before a US Magistrate Judge
- Civil Minutes: Assignment of Case
- 
- Case No. 2:23-cv-2481-AS

\* if appropriate / s'il y a lieu

| Done at / Fait à Portland, Oregon USA, | Signature and/or stamp |
|---|---|
| The / le 2023-04-17 | Signature et / ou cachet |



OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1021981
MY COMMISSION EXPIRES FEB. 21, 2026

Permanent Bureau July 2017