

**BRITISH COLUMBIA**

10,700-20/Oregon/USA                                   File Number 2023-127

May 8, 2023

Ms. L. Celeste Ingalls
Crowe Foreign Services
733 SW Vista Avenue
Portland Oregon  97205
USA

Dear Ms. L. Celeste Ingalls:

Re:  Service of Documents Pursuant to the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters -
**Wondershare Technology Inc. (agent, officer or authorized representative),
200 - 4445 Lougheed Hwy., Burnaby, BC  V5C 0E4  Canada**

The above-referenced documents have been served upon **Wondershare Technology Inc. (agent, officer or authorized representative),** as requested pursuant to the terms and conditions of the Hague Convention on the Service Abroad of Judicial or Extra-Judicial Documents in Civil or Commercial Matters.

The completed Certificate is enclosed along with supporting documents.

Also enclosed is a receipt in the amount of $100.00.

Thank you.

Yours truly,

*[signature]*

Central Authority Administrator

Enclosures

Page 1 of 1

| **Ministry of Attorney General** | Legal Services Branch<br>Order in Council Administration | Mailing Address:<br>PO Box 9280 STN PROV GOVT<br>Victoria BC  V8W 9J7<br><br>Telephone:  (250) 387-0724 | Location:<br>1001 Douglas Street<br>Victoria, BC  V8W 2C5<br><br>Facsimile: N/A |

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☑ **1. that the document has been served***
   que la demande a été exécutée*

| — the (date) / le (date): | May 2nd, 2023 |
|---|---|
| — at (place, street, number): à (localité, rue, numéro) : | 200 - 4445 Lougheed Highway, Burnaby, BC, Canada |

— in one of the following methods authorised by Article 5:
dans une des formes suivantes prévues à l'article 5 :

☐ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention***
selon les formes légales (article 5, alinéa premier, lettre a))*

☑ b) **in accordance with the following particular method***: Personal Service
selon la forme particulière suivante* :

☐ c) **by delivery to the addressee, if he accepts it voluntarily***
par remise simple*

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| Identity and description of person: Identité et qualité de la personne : | LIU, Tongzhou; DOB: 1987-May-21; Asian male, identified via BCDL 0290930; approx. 70KG, 183CM, brown eyes, black hair. |
|---|---|
| Relationship to the addressee (family, business or other): Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | Manager of Wondershare Technology Inc. |

☐ **2. that the document has not been served, by reason of the following facts***:
que la demande n'a pas été exécutée, en raison des faits suivants*:

☐ In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| Documents returned: Pièces renvoyées : | |
|---|---|
| In appropriate cases, documents establishing the service: Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| Done at / Fait à Vancouver, BC, CANADA | **Signature and/or stamp** Signature et / ou cachet |
|---|---|
| The / le 2nd of May, 2023 | VA |

Vahid Abolhassani
Deputy Sheriff | PIN 2204
Integrated Warrant and Document Unit
99 - 800 Hornby Street
Vancouver, BC V6Z 2C5
BRITISH COLUMBIA SHERIFF SERVICE
Ph: 604 786 0872
Fax: 604 660-7050

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR
# EXTRAJUDICIAL DOCUMENTS

DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| L. Celeste Ingalls | Central Authority Administrator |
| Crowe Foreign Services | Service for Hague Convention |
| 733 SW Vista Avenue | Ministry of Justice/ Order in Council |
| Portland, Oregon 97205 | 1001 Douglas Street |
| USA | Victoria, British Columbia |
| Email: Lci@foreignservices.com | Canada V8W 2C5 |
| | T (250) 387-4376 F (250) 387-4349 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:

Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

**(identity and address)**
(identité et adresse)
Wondershare Technology Inc.
200-4445 Lougheed Hwy, Burnaby, BC Canada, V5C 0E4

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** |
| | | selon les formes légales (article 5, alinéa premier, lettre a))* |
| ☐ | b) | **In accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** |
| | | selon la forme particulière suivante (article 5, alinéa premier, lettre b)* : |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** |
| | | le cas échéant, par remise simple (article 5, alinéa 2)* |

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with the attached certificate.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes* - avec l'attestation ci-jointe.

**List of documents** / Énumération des pièces

- Hague "Summary" with Warning Page
- Summons in a Civil Action
- Complaint for Federal Trademark Infringement
- Civil Cover Sheet
- Notice to Counsel
- Statement of Consent to Proceed Before a US Magistrate Judge
- Civil Minutes: Assignment of Case

- Case No. 2:23-cv-2481-AS

* if appropriate / s'il y a lieu

**Done at** / Fait à Portland, Oregon USA,

The / le 2023-04-17

OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1021981
MY COMMISSION EXPIRES FEB. 21, 2026

**Signature and/or stamp**
Signature et / ou cachet

